CHARLES ACKERMAN, Plaintiff, v MONIQUE GEBBIA-ACKERMAN, Respondent. LESLIE TENZER, Nonparty Appellant.

Submitted October 17, 2005; decided December 20, 2005

Motion for leave to appeal from the judgment entered upon the Appellate Division order dismissed upon the ground that the judgment is not the final appealable paper from which leave to appeal may be sought (*see* CPLR 5611).

ANONYMOUS, Respondent, v ANONYMOUS, Appellant.

Submitted November 7, 2005; decided December 20, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that defendant's appeal from the Appellate Division order affirming the denial of interim visitation is moot.